## SCHWIND *v.* YACENICK.

This case is controlled by *DiGiovanni* v. *Yacenick* (1968), 9 Mich App 590.

Appeal from Common Pleas Court of Detroit; Pernick (Joseph J.), J. Submitted Division 1 June 9, 1967, at Lansing. (Docket No. 2,558.) Decided March 20, 1968.

Declaration by Helen Schwind against Fred Steve Yacenick for injuries sustained when automobile in which she was riding was struck by defendant. Judgment for defendant. Affirmed.

*Metry, Metry, Sanom, Ashare & Goldman,* for plaintiff.

*Eggenberger & Eggenberger,* for defendant.

J. H. GILLIS, J. This case is controlled by *DiGiovanni* v. *Yacenick* (1968), 9 Mich App 590. The factual situation and all essential ingredients are the same in each case. In this case, however, the plaintiff was a passenger in the automobile operated by Nick DiGiovanni. The issues presented for our consideration are identical.

We, therefore, affirm the judgment. Costs to appellee.

QUINN, P. J., and McGREGOR, J., concurred.